**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62154-CIV-SMITH**

ROTEM ELBILIA,

Plaintiff,

v.

MARKWAYNE MULLIN, *et. al*.,

Defendants.
_____________________________________/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court upon the Petitioner's Notice of Voluntary Dismissal [DE 6]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED without prejudice**. The parties shall bear their own attorney's fees and costs.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of August, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record